**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019

-------------------------------------------------------X

NEMESIS 2 LLC,

                                Plaintiff,                    19 CIVIL 3373 (RA)

            -against-                                        **JUDGMENT**

ROBERT PALADINO, ANDRE ROLA
CABRAL, PASCAL SALVATI AND
PURE BRAZILIAN COMPANY, S.L.,
                                Defendants.
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated November 21, 2019, Plaintiff's

summary judgment motion is granted, and Defendant's summary judgment motion is denied;

accordingly, this case is closed.


**Dated:**  New York, New York
            November 21, 2019



                                          **RUBY J. KRAJICK**
                                            Clerk of Court

                              BY:
                                          Deputy Clerk




                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON 11/21/2019