UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEMESIS 2 LLC,

                Plaintiff,

      v.

PASCAL SALVATI,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/29/2020

19-CV-3373 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 15, 2020, the Clerk of Court entered a certificate of default against Defendant Pascal Salvati and on January 24, Plaintiff moved for a default judgment against this defendant. On January 28, the Court ordered Mr. Salvati to show cause at a conference to be held on March 5, 2020. On March 3, Mr. Salvati contacted Plaintiff by telephone and e-mail and requested an adjournment of the show cause conference in light of COVID-19. In speaking with Plaintiff, Mr. Salvati confirmed that he had received copies of Plaintiff's pending motion for default judgment against him and the supporting papers. The Court, therefore, adjourned the show cause hearing. However, it ordered Mr. Salvati to submit a letter to the Court, explaining why he has not yet appeared in this action, and to file opposition papers to Plaintiff's motion for a default judgment no later than April 4, 2020. The Court warned Mr. Salvati that it "w[ould] review [his] papers, if submitted, and determine at that time whether the show cause hearing should be rescheduled." Dkt. 74.

In light of Mr. Salvati's failure to submit any papers, as well as the COVID-19 crisis, the Court has determined that it will not have a show cause hearing and will instead resolve this matter on the papers.

SO ORDERED.

Dated:   April 29, 2020
        New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge