**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
NEMESIS 2 LLC,

                Plaintiff,

                                 19 **CIV** 3373 (RA)

        -against-                          **DEFAULT JUDGMENT**

PASCAL SALVATI,

                Defendants.
--------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Memorandum Opinion and Order dated May 8, 2020, Plaintiff's motion for a default

judgment against Salvati is granted: Default Judgment is entered against Salvati in the amount of

$600,000 to be joint and several with Pure Brazilian and Paladino; Accordingly, this case is closed.

**DATED**: New York, New York
       May 8, 2020


                                **RUBY J. KRAJICK**
                                _____
                                **Clerk of Court**

By:  _____
                                **Deputy Clerk**