

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEMESIS 2, L.L.C.,

    Plaintiff,

-against-

ROBERT PALADINO, et al.,

    Defendants.

19-CV-3373 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for resolution of disputes involving post-judgment discovery and enforcement efforts, including non-party Cavalier Aire, LLC's motion to quash plaintiff's subpoena (Dkt. No. 86). All papers concerning matters within the scope of the reference must be submitted in compliance with this Court's Individual Practices in Civil Cases and Emergency Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    Pursuant to Local Civil Rule 6.1(a), plaintiff's opposition papers are due no later than **August 17, 2020**. The Court requests that plaintiff address, *inter alia*, whether the motion to quash was filed in the proper district. *See* Fed. R. Civ. P. 45(d)(3).

    Please be aware that, for the duration of the COVID-19 national emergency, unless otherwise ordered by the Court:

    <u>Conferences and Hearings</u>. All court conferences and hearings will be conducted by teleconference. Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.

    <u>Remote Depositions</u>. Pursuant to Fed. R. Civ. P. 30(b)(3) and (b)(4), all depositions in this action may be taken via telephone, videoconference, or other remote means, and may be recorded by any reliable audio or audiovisual means. This Order does not dispense with the requirements set forth in Fed. R. Civ. P. 30(b)(5), including the requirement that, unless the parties stipulate otherwise, the deposition be "conducted before an officer appointed or designated under Rule 28," and that the deponent be placed under oath by that officer. For avoidance of doubt, a deposition will be deemed to have been conducted "before" an officer so

2

long as that officer attends the deposition via the same remote means (*e.g.*, telephone conference call or video conference) used to connect all other remote participants, and so long as all participants (including the officer) can clearly hear and be heard by all other participants.

Dated: New York, New York
August 13, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**