USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2020

*Law Offices of*
# Nicholas J. Taldone, Esquire
ఌ Also admitted in New York, New Jersey, and California ಐ
ఌ Attorney at Law • Certified Circuit Civil Court Mediator ಐ

9020 Rancho Rio Drive
Suite #101
New Port Richey, Florida 34655
(727) 375-0390
(855) 529-3801 - Toll Free
E-mail – taldonelaw@msn.com

August 17, 2020

Hon. Barbara Moses
Magistrate
United States District Court
40 Foley Square
NY NY 10007

Re: Nemesis 2 LLC. V Paladino et al
No. 19-cv-3373
NOTICE OF WITHDRAWAL OF MOTION TO QUASH (DKT 86)

Dear Judge Moses:

   I am counsel for Cavalier Aire LLC which moved to quash plaintiff's subpoena (DKT 86). This is advise that Cavalier Aire hereby withdraws its motion to quash. Thank you.

Sincerely,
Nicholas Taldone

Cc: Counsel of record via ECF

---

> The Clerk of Court is respectfully directed to close the motion at Docket No. 86. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> August 18, 2020

**MEMO ENDORSED**